# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-37781 DEWT | Trustee: (520196) | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAUSNER, JASPER L. | Filed (f) or Converted (c): | 09/16/05 (f) |
| | HAUSNER, LINDA S. | §341(a) Meeting Date: | 10/24/05 |
| Period Ending: | 12/31/07 | Claims Bar Date: | 01/27/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5461 Mayflower Court, Rolling Meadows-scheduled | 270,000.00 | 55,199.87 | | 282,000.00 | FA |
| 2 | Hilton Head Time Share-scheduled | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Kuai time share-scheduled | 8,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash-scheduled | 240.00 | 0.00 | | 0.00 | FA |
| 5 | Harris Bank account-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Ring-scheduled-$500-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Horace Mann Qualified plan-scheduled | 6,439.54 | 0.00 | | 0.00 | FA |
| 10 | A.G. Edwards Investment account-scheduled | 1,003.22 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 471.45 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | $294,282.76 | $55,199.87 | | $282,471.45 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee sold the debtor's house and filed his final report with the US Trustees Office..

Exhibit B

Printed: 01/29/2008 03:03 PM V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05-37781 DEWT | Trustee: (520196) | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAUSNER, JASPER L. | Filed (f) or Converted (c): | 09/16/05 (f) |
| | HAUSNER, LINDA S. | §341(a) Meeting Date: | 10/24/05 |
| Period Ending: | 12/31/07 | Claims Bar Date: | 01/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   August 31, 2009           Current Projected Date Of Final Report (TFR):   August 31, 2009