**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HAUSNER, JASPER L.<br>HAUSNER, LINDA S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-37781<br><br>JUDGE SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. Bankruptcy Court
    Dirksen Building
    219 S. Dearborn Street
    Courtroom 642
    Chicago, Illinois

    On: **March 25, 2008**

    At: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                $     282,450.75

    b. Disbursements         $     241,800.13

    c. Net Cash Available for Distribution      $ 40,650.62

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $16,621.48 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $60.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $39,580.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 60.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 8,421.70 | $ 5,100.01 |
| 2 | Discover Bank/Discover Financial Services | $ 6,839.71 | $ 4,141.99 |
| 3 | HSBC Bank Nevada NA / HSBC Card Services III | $ 8,679.06 | $ 5,255.86 |
| 4 | Chase Bank USA, N.A. | $13,523.44 | $ 8,189.52 |
| 5 | American Express Centurion Bank | $ 2,116.58 | $ 1,281.76 |
| 6 | Discover Bank/Discover Financial Services | $ 4,103.71 | $     0.00 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **February 15, 2008**          For the Court,

                              **KENNETH S. GARDNER**
                              Kenneth S. Gardner
                              Clerk of the United States
                              219 S. Dearborn Street; 7th Floor
                              Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   One North La Salle Street
           Suite 1775
           Chicago, IL  60602

Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7781    Doc 44    Filed 02/15/08    Entered 02/17/08 23:41:28    Desc Imaged
Certificate of Service    Page 5 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1              Date Rcvd: Feb 15, 2008
Case: 05-37781                    Form ID: pdf002              Total Served: 20

The following entities were served by first class mail on Feb 17, 2008.
db          +Jasper L Hausner,    5461 Mayflower Court,    Rolling Meadows, IL 60008-3861
jdb         +Linda S Hausner,     5461 Mayflower Court,    Rolling Meadows, IL 60008-3861
aty         +Alan R Press,    Alan R. Press, Attorney At Law, PC,    250 Parkway Drive,   Suite 150,
              Lincolnshire, IL 60069-4340
tr          +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
9832043     +Abn Amro Mortgage Grou,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
10561328     American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
9832044     +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
9832045     +Bancentre,    2309 NW Lacamas Drive,    Camas, WA 98607-7680
9832046     +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
9832047     +Cap One Bk,    Po Box 85520,   Richmond, VA 23285-5520
9832048     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10497023    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9832049     +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
9832051     +G M A C,    15303 S 94th Ave,   Orland Park, IL 60462-3825
10556114     HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,   as its agent,
              P.O. Box 35480,    Newark, NJ 07193-5480
9832052      Hsbc Bank Nv Fka Hhlb,    Pob 98706,   Las Vegas, NV 89193
9832053     +Mbna America,    Pob 17054,   Wilmington, DE 19884-0001
9832054     +Unvl/Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241

The following entities were served by electronic transmission on Feb 16, 2008.
10556014     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 16 2008 04:18:28
              Discover Bank/Discover Financial Services,    PO Box 8003,   Hilliard, OH 43026
9832050      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 16 2008 04:18:28     Discover Financial Svc,
              Po Box 15316,   Wilmington, DE 19850
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 17, 2008**    **Signature:**    *Joseph Speetjens*