**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JASPER HAUSNER** | ) | **No.05 B 37781** |
| **LINDA HAUSNER**    Debtors. | ) | **Chapter 7** |
| | ) | **Honorable SUSAN PIERSON SONDERBY** |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE SUSAN PIERSON SONDERBY
 BANKRUPTCY JUDGE

        Final distribution of all monies has been made in accordance\
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

     All checks have been cashed. The Form 2 is attached as Exhibit
"B".

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.

                                    /s/ Michael G. Berland Trustee

Dated: 9/12/08

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

HAUSNER, JASPER L.

HAUSNER, LINDA S.

**CHAPTER 7 CASE**

**CASE NO. 05-37781**

**JUDGE SUSAN PIERSON SONEDRBY**

Debtor(s)

### DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 16,681.48 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 24,023.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 40,704.48 |

EXHIBIT A

**DISTRIBUTION REPORT**                                          **PAGE 1**

| 1.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $        0.00 | 0.00% |
| CLAIM NUMBER        CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $      16,681.48 | 100.00% |
| CLAIM NUMBER        CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| MICHAEL G. BERLAND | 16,621.48 | 16,621.48 |
| MICHAEL G. BERLAND | 60.00 | 60.00 |

| 3.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $        0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $        0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL       $ | 0.00 |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                                        **PAGE 2**

| 5.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 6.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 7.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 8.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 9.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $      0.00 | 0.00% |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                              **PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     39,580.49 | 60.69% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 8,421.70 | 5,111.47 |

**EXHIBIT 𝒜**

**DISTRIBUTION REPORT**                                    **PAGE 4**

| | | | |
|---|---|---|---|
| 2 | Discover Bank/Discover Financial Services | 6,839.71 | 4,151.30 |
| 3 | HSBC Bank Nevada NA / HSBC Card Services III | 8,679.06 | 5,267.67 |
| 4 | Chase Bank USA, N.A. | 13,523.44 | 8,207.92 |
| 5 | American Express Centurion Bank | 2,116.58 | 1,284.64 |
| | | TOTAL        $ | 24,023.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $        4,103.71 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 6 | Discover Bank/Discover Financial Services | 4,103.71 | 0.00 |
| | | TOTAL        $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $        0.00 | 0.00% |

EXHIBIT *A*

**DISTRIBUTION REPORT**                                                 **PAGE 5**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: <u>March 25, 2008</u>          <u>/s/Michael G. Berland</u>
                                       MICHAEL G. BERLAND, Trustee

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN

IN RE:                                           CHAPTER 7 CASE
HAUSNER, JASPER L.
HAUSNER, LINDA S.                                CASE NO. 05-37781

                                                 JUDGE SUSAN PIERSON SONDERBY

     Debtor(s)

### ORDER AWARDING COMPENSATION AND EXPENSES

     THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

     IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $_____16,621.48 |
| 2. | Trustee's expenses | $_____60.00 |
| | TOTAL | $_____16,681.48 |
| 3. | Chapter 11 Trustee's compensation | $_____0.00 |
| 4. | Chapter 11 Trustee's expenses | $_____0.00 |
| | TOTAL | $_____0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $_____0.00 |
| | b. Expenses | $_____0.00 |
| | c. Chapter 11 Compensation | $_____0.00 |
| | d. Chapter 11 Expenses | $_____0.00 |
| 2. | Accountant for the Trustee | |

1

a. Compensation                                            $_____0.00

b. Expenses                                                $_____0.00

c. Chapter 11 compensation                                 $_____0.00

d. Chapter 11 Expenses                                     $_____0.00

3.    Other Professionals

                                                    TOTAL  $_____0.00

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the
Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this_____ day of _____, 200 ___ .          ENTERED

                                                                 MAR 2 5 2008

                              ENTERED    _____      SUSAN PIERSON Sonderby
                                         SUSAN PIERSON SONDERBY    BANKRUPTCY JUDGE
                                         UNITED STATES BANKRUPTCY JUDGE

2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-37781 DEWT |
| **Case Name:** | HAUSNER, JASPER L. |
| | HAUSNER, LINDA S. |
| **Taxpayer ID #:** | 13-7524182 |
| **Period Ending:** | 09/10/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/16/06 | | Ticor Title Insurance | Net proceeds of sale of 5461 Mayflower Court pursuant to court order | | | 55,199.87 | | 55,199.87 |
| | {1} | | | 282,000.00 | 1110-000 | | | 55,199.87 |
| | | | Payment of mortgage | -122,284.51 | 4110-000 | | | 55,199.87 |
| | | | Payment of mortgage | -83,343.57 | 4110-000 | | | 55,199.87 |
| | | | Payment of county taxes | -1,297.02 | 2820-000 | | | 55,199.87 |
| | | | Payment of second installment 2005 taxes | -1,753.38 | 2820-000 | | | 55,199.87 |
| | | | Payment of real estate commission | -15,510.00 | 3510-000 | | | 55,199.87 |
| | | | Title insurance | -1,060.00 | 2500-000 | | | 55,199.87 |
| | | | County stamps | -141.00 | 2500-000 | | | 55,199.87 |
| | | | State tax stamps | -282.00 | 2500-000 | | | 55,199.87 |
| | | | Reimbursement of city transfer tax to realtor | -846.00 | 2500-000 | | | 55,199.87 |
| | | | Proceesing fee to Property Specialists | -100.00 | 2500-000 | | | 55,199.87 |
| | | | Water bill | -52.65 | 2500-000 | | | 55,199.87 |
| | | | Recording fees | -77.00 | 2500-000 | | | 55,199.87 |
| | | | Title company fees | -53.00 | 2500-000 | | | 55,199.87 |
| 05/21/06 | 1001 | Jasper & Linda Hausner | Payment of homestead exemptions to debtors pursuant to court order | | 8100-002 | | 15,000.00 | 40,199.87 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 16.94 | | 40,216.81 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 28.10 | | 40,244.91 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 27.35 | | 40,272.26 |

{} Asset reference(s)

Bx L,C;H3

**Subtotals :**     **$55,272.26**     **$15,000.00**

Printed: 09/12/2008 07:52 AM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-37781 DEWT
**Case Name:** HAUSNER, JASPER L.
HAUSNER, LINDA S.
**Taxpayer ID #:** 13-7524182
**Period Ending:** 09/10/08

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****59-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.37 | | 40,299.63 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.61 | | 40,325.24 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.27 | | 40,353.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.52 | | 40,380.03 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.65 | | 40,405.68 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.94 | | 40,432.62 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.15 | | 40,452.77 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.60 | | 40,474.37 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.33 | | 40,496.70 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.34 | | 40,519.04 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.91 | | 40,539.95 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.09 | | 40,563.04 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.38 | | 40,585.42 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.22 | | 40,605.64 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.85 | | 40,629.49 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.13 | | 40,650.62 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.70 | | 40,671.32 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 18.59 | | 40,689.91 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.34 | | 40,698.25 |
| 03/25/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 6.23 | | 40,704.48 |
| 03/25/08 | | To Account #********5966 | Transfer for purpose of final distribution | 9999-000 | | 40,704.48 | 0.00 |

| | Subtotals : | $432.22 | $40,704.48 |
|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-37781 DEWT | |
| **Case Name:** | HAUSNER, JASPER L. | |
| | HAUSNER, LINDA S. | |
| **Taxpayer ID #:** | 13-7524182 | |
| **Period Ending:** | 09/10/08 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 55,704.48 | 55,704.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,704.48 | |
| | | | **Subtotal** | | 55,704.48 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,704.48** | **$0.00** | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-37781 DEWT |
| **Case Name:** | HAUSNER, JASPER L. |
| | HAUSNER, LINDA S. |
| **Taxpayer ID #:** | 13-7524182 |
| **Period Ending:** | 09/10/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/08 | | From Account #*********5965 | Transfer for purpose of final distribution | 9999-000 | 40,704.48 | | 40,704.48 |
| 04/08/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $16,621.48, Trustee Compensation;  Reference: | 2100-000 | | 16,621.48 | 24,083.00 |
| 04/08/08 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $60.00, Trustee Expenses;  Reference: | 2200-000 | | 60.00 | 24,023.00 |
| 04/08/08 | 103 | Chase Bank USA, N.A. | Dividend paid  60.69% on $8,421.70; Claim# 1; Filed: $8,421.70; Reference: | 7100-000 | | 5,111.47 | 18,911.53 |
| 04/08/08 | 104 | Discover Bank/Discover Financial Services | Dividend paid  60.69% on $6,839.71; Claim# 2; Filed: $6,839.71; Reference: | 7100-900 | | 4,151.30 | 14,760.23 |
| 04/08/08 | 105 | HSBC Bank Nevada NA / HSBC Card Services III | Dividend paid  60.69% on $8,679.06; Claim# 3; Filed: $8,679.06; Reference: | 7100-900 | | 5,267.67 | 9,492.56 |
| 04/08/08 | 106 | Chase Bank USA, N.A. | Dividend paid  60.69% on $13,523.44; Claim# 4; Filed: $13,523.44; Reference: | 7100-900 | | 8,207.92 | 1,284.64 |
| 04/08/08 | 107 | American Express Centurion Bank | Dividend paid  60.69% on $2,116.58; Claim# 5; Filed: $2,116.58; Reference: | 7100-900 | | 1,284.64 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 40,704.48 | 40,704.48 | $0.00 |
| Less: Bank Transfers | 40,704.48 | 0.00 | |
| **Subtotal** | 0.00 | 40,704.48 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$40,704.48** | |

{} Asset reference(s)

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-37781 DEWT |
| **Case Name:** | HAUSNER, JASPER L. |
| | HAUSNER, LINDA S. |
| **Taxpayer ID #:** | 13-7524182 |
| **Period Ending:** | 09/10/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*\*59-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # \*\*\*-\*\*\*\*\*\*59-65 | 55,704.48 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*\*59-66 | 0.00 | 40,704.48 | 0.00 |
| | $55,704.48 | $40,704.48 | $0.00 |

{} Asset reference(s)